# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>WILLIAM ROGAN REID,<br><br>    *Defendant.* | No. 21-cr-316 (DLF) |

## TRANSPORT ORDER

With the agreement of both parties and having ordered the defendant William Rogan Reid transported from the Southern District of Florida to the District of Columbia for further proceedings on the Indictment, Dkt. 11, filed against him, it is hereby

**ORDERED** that the United States Marshals Service transport the defendant from the Southern District of Florida to the District of Columbia for further proceedings in this matter.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

June 2, 2022