UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**WILLIAM REID,**<br><br>    **Defendant.** | **Crim. Action No. 21CR316** |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Counsel for William Reid respectfully moves the Court to continue the status hearing in this matter from June 27 to July 18, 2022, because Mr. Reid is not yet in the jurisdiction. Mr. Reid is before the Court charged with various offenses arising out of his alleged participation in the events of January 6, 2021, at the U.S. Capitol. He is presently being transferred to this jurisdiction from Florida, in the custody of the U.S. Marshal Service. The parties anticipate that he will be in the jurisdiction by July 18, 2022.

Mr. Reid, through counsel, agrees that the Speedy Trial clock shall be tolled until July 18, 2022. The government does not oppose this request.

Wherefore the foregoing reasons, undersigned counsel respectfully moves the Court to continue the status hearing in this matter to July 18, 2022, at 11 a.m.

>Respectfully submitted,
>
>_____/s/_____
>Elizabeth Mullin
>Assistant Federal Public Defender
>625 Indiana Ave NW, Suite 550
>Washington, D.C. 20004
>(202) 208-7500