IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA

▮▮▮▮▮▮▮▮▮▮
      PETITIONER

      vs                                    CASE NO. 12-0009535-CA

REID, WILLIAM
      RESPONDENT

### ARREARAGE AFFIDAVIT

Order dated _____ established the arrearage on the above referenced case at $_____.

REMAINING ESTABLISHED ARREARS
| | | |
|---|---|---:|
| CFD | CLERKS FEES DUE | 14.80 |
| ARS | SUPPORT ARREARS | 7,474.98 |

BALANCE DUE
| | | |
|---|---|---:|
| SUP | SUPPORT | 36,986.75 |
| | | $ 44,476.53 |

The above figures are as of 11/07/2022.

**NOV 0 7 2022**

SWORN TO AND SUBSCRIBED before me this ____ day of _____, _____.

BRENDA D. FORMAN
CLERK OF COURT, SUPPORT DEPOSITORY

BY: _____
    DEPUTY CLERK

(SEAL)

*NOTE:  ABOVE FIGURES MAY NOT INCLUDE ALL INTEREST AND FEES DUE.
          THIS TOTAL ALSO REFLECTS ANY INTERCEPTS AND/OR ADJUSTMENTS.

```
11/07/2022                        BROWARD COUNTY                              Page 1
casehist
                        F A M I L Y   L A W   C A S E   H I S T O R Y

    Case Number: 12-0009535-CA              Start Date: 04/24/2014
    Judge: FABIENNE FAHNESTOCK               Uresa Number:

    ========= Respondent ======== (NC)       ========= Petitioner ======== (C)
    REID, WILLIAM


    Last Receipt Date:        11/16/2018     Delq Notc Date:
    Last Assessment Date:     10/22/2022     Judgment Date:
    Last Disbursement Date:   11/20/2018     Last Updated:      02/06/2020

    YTD Paid                       0.00
    Dependents
                                             Date of Birth    Subject to Support
    R, L G.                                             2009               2027

                              * * *  T E R M S  * * *

Type Payee                  Freq Start / End Date   Amount Next Due Sta  Bal Due

ARS DOR - CHILD, SUPPOR     MONT 02222016            80.00 11222022   A   3,847.20
CFD CLERK                        NO F 08072014        0.00 08072014   A      14.80
SUP DOR - CHILD, SUPPOR     MONT 04222014           520.00 11222022   A  36,986.75
                                                                         ----------
                                                                         40,848.75

                              * * *  P A Y O F F  * * *

Type Payee                  Max Amt   Start / End Date  Total Pd/Adj  Payoff Amount

ARS DOR - CHILD, SUPPOR     10,107.78 02222016               2,632.80       7,474.98

                       * * *  T R A N S A C T I O N   H I S T O R Y  * * *

Date       Receipt #        Type Payee                Amount Check #   Vd

04222014   Assessment       SUP                        520.00
05222014   Assessment       SUP                        520.00
06222014   Assessment       SUP                        520.00
07222014   Assessment       SUP                        520.00
07232014   Assessment       CLK  CLERK                   5.25
07232014   Assessment       CLK  CLERK                   5.25
07232014   Assessment       CLK  CLERK                   5.25
07232014   SD08613635S2     CLK  CLERK                  -5.25 SE999992
07232014   SD08613635S2     SUP                        189.86 S0789157 W
07232014   SD08613635S2     SUP                       -189.86 SE339954
```

```
07232014 SD08613636S2 CLK CLERK                          -5.25 SE999992
07232014 SD08613636S2 SUP                               201.09 S0789158 W
07232014 SD08613636S2 SUP                              -201.09 SE339955
07232014 SD08613637S2 CLK CLERK                          -5.25 SE999992
07232014 SD08613637S2 SUP                               252.41 S0789159 W
07232014 SD08613637S2 SUP                              -252.41 SE339956
07242014 Assessment   CLK CLERK                           5.25
07242014 SD08615550S2 CLK CLERK                          -5.25 SE999992
07242014 SD08615550S2 SUP                               196.95 S0789160 W
```

```
11/07/2022                    BROWARD COUNTY                              Page 2
casehist
                       F A M I L Y   L A W   C A S E   H I S T O R Y

       Case Number: 12-0009535-CA

                  * * *   T R A N S A C T I O N   H I S T O R Y   * * *

Date       Receipt #       Type  Payee                  Amount  Check #    Vd

07242014 SD08615550S2 SUP                              -196.95 SE339957
08072014 Assessment   CFD CLERK                           3.90
08072014 SD08644174S2 SUP                               -97.62 SE331066
08212014 Assessment   CFD CLERK                           3.57
08212014 SD08670763S2 SUP                               -89.30 SE357829
08222014 Assessment   SUP                               520.00
09042014 Assessment   CFD CLERK                           5.25
09042014 SD08698555S2 SUP                              -252.87 SE386206
09182014 Assessment   CFD CLERK                           2.08
09182014 SD08726593S2 SUP                               -52.12 SE414445
09222014 Assessment   SUP                               520.00
10222014 Assessment   SUP                               520.00
11222014 Assessment   SUP                               520.00
12222014 Assessment   SUP                               520.00
01222015 Assessment   SUP                               520.00
02222015 Assessment   SUP                               520.00
03222015 Assessment   SUP                               520.00
04222015 Assessment   SUP                               520.00
05222015 Assessment   SUP                               520.00
06222015 Assessment   SUP                               520.00
07222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
08222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
09222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
10222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
11222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
12222015 Assessment   SUP DOR - CHILD, SUPPOR           520.00
01222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
02222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
02222016 Assessment   ARS DOR - CHILD, SUPPOR            80.00
03222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
03222016 Assessment   ARS DOR - CHILD, SUPPOR            80.00
04222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
04222016 Assessment   ARS DOR - CHILD, SUPPOR            80.00
05222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
05222016 Assessment   ARS DOR - CHILD, SUPPOR            80.00
06222016 Assessment   SUP DOR - CHILD, SUPPOR           520.00
```

```
06222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
07222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
07222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
08222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
08222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
09222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
09222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
10222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
10222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
11222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
11222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
12222016 Assessment      SUP DOR - CHILD, SUPPOR       520.00
12222016 Assessment      ARS DOR - CHILD, SUPPOR        80.00
01222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
01222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
```

```
11/07/2022                         BROWARD COUNTY                                       Page 3
casehist
                   F A M I L Y   L A W   C A S E   H I S T O R Y

       Case Number: 12-0009535-CA

                    * * *   T R A N S A C T I O N   H I S T O R Y   * * *

 Date        Receipt #      Type  Payee                    Amount  Check #    Vd

 02222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 02222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 03222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 03222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 04222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 04222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 05222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 05222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 06222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 06222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 07222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 07222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 08222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 08222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 09222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 09222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 10062017 SD10986255S1   SUP DOR - CHILD, SUPPOR      -257.84  SE701229
 10202017 SD11013040S1   SUP DOR - CHILD, SUPPOR      -276.92  SE728454
 10222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 10222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 10302017 Adjustment      ARS DOR - CHILD, SUPPOR       -80.80
 11032017 SD11040852S1   SUP DOR - CHILD, SUPPOR      -276.92  SE757385
 11172017 SD11069024S1   SUP DOR - CHILD, SUPPOR      -276.92  S0873346
 11222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 11222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 12012017 SD11096468S1   SUP DOR - CHILD, SUPPOR      -218.52  SE765096
 12152017 SD11125505S1   SUP DOR - CHILD, SUPPOR      -276.92  SE794179
 12222017 Assessment      SUP DOR - CHILD, SUPPOR       520.00
 12222017 Assessment      ARS DOR - CHILD, SUPPOR        80.00
 12292017 SD11152845S1   SUP DOR - CHILD, SUPPOR      -276.92  SE821916
```


```
01122018 SD11180835S1  SUP DOR - CHILD, SUPPOR      -276.92 SE850446
01222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
01222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
01262018 SD11207673S1  SUP DOR - CHILD, SUPPOR      -276.92 SE877787
02092018 SD11236692S1  SUP DOR - CHILD, SUPPOR      -185.88 SE910494
02222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
02222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
02232018 SD11263161S1  SUP DOR - CHILD, SUPPOR      -105.59 SE937617
03092018 SD11293407S1  SUP DOR - CHILD, SUPPOR       -58.52 SE968864
03222018 Adjustment    ARS DOR - CHILD, SUPPOR    -1,272.00
03222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
03222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
03232018 SD11320359S1  SUP DOR - CHILD, SUPPOR      -105.59 SE996492
04062018 SD11349459S1  SUP DOR - CHILD, SUPPOR      -113.62 SE026389
04222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
04222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
05222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
05222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
06222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
06222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
07222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
```

11/07/2022                       BROWARD COUNTY                                Page 4
casehist
                        F A M I L Y   L A W   C A S E   H I S T O R Y

     Case Number: 12-0009535-CA

                     * * *   T R A N S A C T I O N   H I S T O R Y   * * *

 Date      Receipt #        Type  Payee                    Amount Check #   Vd

```
07222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
08222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
08222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
08222018 SD11621365S1  SUP DOR - CHILD, SUPPOR      -226.25 S0910023
09222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
09222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
10222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
10222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
11162018 AS00001033CA  SUP DOR - CHILD, SUPPOR      -520.00 SE466989
11162018 AS00001033CA  ARS DOR - CHILD, SUPPOR       -80.00 SE466989
11222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
11222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
12222018 Assessment    ARS DOR - CHILD, SUPPOR        80.00
12222018 Assessment    SUP DOR - CHILD, SUPPOR       520.00
01222019 Assessment    ARS DOR - CHILD, SUPPOR        80.00
01222019 Assessment    SUP DOR - CHILD, SUPPOR       520.00
02222019 Assessment    ARS DOR - CHILD, SUPPOR        80.00
02222019 Assessment    SUP DOR - CHILD, SUPPOR       520.00
03212019 Adjustment    SUP DOR - CHILD, SUPPOR    -1,403.00
03222019 Assessment    ARS DOR - CHILD, SUPPOR        80.00
03222019 Assessment    SUP DOR - CHILD, SUPPOR       520.00
04222019 Assessment    ARS DOR - CHILD, SUPPOR        80.00
04222019 Assessment    SUP DOR - CHILD, SUPPOR       520.00
05222019 Assessment    ARS DOR - CHILD, SUPPOR        80.00
```

```
05222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
06222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
06222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
07222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
07222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
08222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
08222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
09222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
09222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
10222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
10222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
11222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
11222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
12222019 Assessment      ARS DOR - CHILD, SUPPOR       80.00
12222019 Assessment      SUP DOR - CHILD, SUPPOR      520.00
01222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
01222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
02222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
02222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
03222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
03222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
04222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
04222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
05082020 Adjustment      ARS DOR - CHILD, SUPPOR   -1,200.00
05222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
05222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
06222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
```

```
11/07/2022                        BROWARD COUNTY                                   Page 5
casehist
                       F A M I L Y   L A W   C A S E   H I S T O R Y

       Case Number: 12-0009535-CA

                    * * *   T R A N S A C T I O N   H I S T O R Y   * * *

Date         Receipt #       Type  Payee                    Amount Check #   Vd

06222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
07222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
07222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
08222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
08222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
09222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
09222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
10222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
10222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
11222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
11222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
12222020 Assessment      ARS DOR - CHILD, SUPPOR       80.00
12222020 Assessment      SUP DOR - CHILD, SUPPOR      520.00
01222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
01222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
02222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
02222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
03222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
```

```
03222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
04222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
04222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
05222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
05222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
06222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
06222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
07222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
07222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
08222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
08222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
09222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
09222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
10222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
10222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
11222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
11222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
12222021 Assessment      ARS DOR - CHILD, SUPPOR       80.00
12222021 Assessment      SUP DOR - CHILD, SUPPOR      520.00
01222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
01222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
02222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
02222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
03222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
03222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
04222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
04222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
05222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
05222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
06222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
06222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
07222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
07222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
```

```
11/07/2022                     BROWARD COUNTY                              Page 6
casehist
                      F A M I L Y   L A W   C A S E   H I S T O R Y

     Case Number: 12-0009535-CA

              * * *   T R A N S A C T I O N   H I S T O R Y   * * *

Date        Receipt #    Type  Payee                    Amount  Check #  Vd

08222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
08222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
09222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
09222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
10222022 Assessment      ARS DOR - CHILD, SUPPOR       80.00
10222022 Assessment      SUP DOR - CHILD, SUPPOR      520.00
```