IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

92

DEPARTMENT OF REVENUE, on behalf of,

▉

    Petitioner,

Case No. 12-009535 35
IV-D

v.

WILLIAM ROGAN REID,
    Respondent,
_____/

### ORDER ON MOTION FOR INDIRECT CIVIL CONTEMPT

On **02/26/16** this Court heard the Department of Revenue's Motion for Indirect Civil Contempt. The Court having heard testimony and considered the evidence, and being fully advised in the premises; makes the following findings:

A. The Court has jurisdiction of the subject matter and parties.

B. The Department of Revenue was represented by the Office of the Attorney General, Assistant Attorney General M. Tannenbaum.

C. [__] The Respondent was represented by pro se. [__] The Petitioner was present.

D. The Court finds that the Respondent was noticed at the address of record and [__] appeared [X] failed to appear.

E. A Final Judgment of support was previously entered requiring the Respondent to pay child support in the amount of $ 526 per mo and/or an arrears payment of $ — per —.

F. The last Payment made was on 9/18/14 in the amount of $ 0.12.

G. [__] The Respondent failed to pay as ordered despite the fact that the Respondent has the ability to pay as ordered. The Respondent's failure to pay was willful.

_____
_____
_____

-or-

[X] The Respondent did not appear for this hearing despite notice. By nonappearance, the Respondent failed to rebut the presumption of the present ability to comply with the

1

terms of the Court's Order(s) or Judgment and the presumption of the present ability to pay the amount of the purge.

**WHEREUPON, IT IS ORDERED:**

1. The Motion for Contempt is [X] granted [_] denied [_] deferred [_] withdrawn.
2. Child Support arrears are established in the amount of $ 10,107.78 as of 1/22/16.
3. The Respondent is sentenced to 179 days in the Broward County Jail commencing forthwith. The Respondent shall be released from custody in this case upon payment of a purge in the amount of $ 600. Upon payment of the purge the writ shall be discharged. Payment of the purge may be made: In person to: Support Enforcement Division, 540 S.E. 3rd Avenue, Fort Lauderdale, if the Respondent is in the custody at the Broward County Jail, or: By mail to: State of Florida Disbursement Unit at P.O. Box 8500, Tallahassee, FL 32314-8500. Payment shall be made in cash or by money order. No personal check is acceptable. The case number shall be included with the payment.
4. Upon incarceration, Broward Sheriff's Office shall:
   Bring the Respondent before the court within 48 hours of incarceration. The court will determine whether the Respondent continues to have the present ability to pay the purge.
5. **In addition to the purge**, the Respondent shall maintain his/her current obligation of $ 520 child support and $ 80 toward accumulated child support arrearage, making a total payment of $ 600 per mo.
6. *All monies received shall be applied to current support obligations first.*
7. **GENERAL PAYMENT INSTRUCTIONS: All future payments shall be made payable to the State of Florida Disbursement Unit, and shall be mailed to State of Florida Disbursement Unit,** P.O. Box 8500, Tallahassee, Florida, 32314-8500. The case number shall be indicated on each payment. No credit for payment will be given to the Respondent for any payment not made payable to the State of Florida State Disbursement Unit. No credit will be given to the Respondent for any payment given directly to the Petitioner or custodial parent.
8. Pursuant to §61.1301, Florida Statutes all future payments shall be subject to an Income Deduction Order.
9. The Respondent shall within seven (7) days, in writing, inform the Department of Revenue and Support Enforcement Division of any change in name or address, changes in employment (including payor's/employer's name and address), sources of income and any change in the amount of income received. Until and unless such notice is received, service of process, motions or other items pertaining to the enforcement of this order

2

may be effected upon the Respondent by first class mail at the Respondent's last known address.

10. The court retains jurisdiction of the parties and the subject matter.

11. [ ] This matter is continued and is set for a continued contempt/status hearing on _____ at _____ a.m. / p.m. in Room 822A, Broward County Courthouse, 201 S.E. Sixth Street, Fort Lauderdale, FL 33301. **Failure of the Obligor to appear at this hearing may result in a writ of bodily attachment being issued for the Obligor's arrest and this order shall serve as notice of that hearing and no further notice shall issue.**

Writ of bodily attachment to issue.

**Ordered at Fort Lauderdale, Broward County, Florida, this 26th day of February, 2016.**

_____
Judge Arthur M. Birken

Copies furnished to:
Attorneys for Department of Revenue
Respondent/Attorney for Respondent
Department of Revenue