| Portland Riot Cases | | | | |
|---|---|---|---|---|
| Name and Case Number | Charges | Offense Details | Sentence/Disposition | Other Notes |
| Edward Carubis 3:20CR332 | Complaint filed on 07/13/2020 – 18 USC 111(a)(1) | D observed shining a green laser beam into the eyes of three law enforcement victims, one of whom suffered prolonged injury to one to his eyes. | Guilty plea to one count of 111(a)(1). Sentencing set: 01-04-2023 | |
| Gretchen Blank 3:20CR224 | Indictment filed on 07/16/2020 – 18 USC111(a)(1) | Pushed agent with shield while he was arresting another protestor, causing him to lose his balance and diverted another officer's attention away from another protestor | Dismissed with prejudice on govt Motion 04/05/2021 after defendant completed deferred prosecution agreement | |
| Andrew Faulkner 3:20CR203 | Information filed on 07/06/2020 – 18 USC 111(a)(1) | Assaulted officer by pointing a high-powered laser at police officers. Possessed a sheathed machete | 6 months home detention, 3 years probation, $25 S/A, 40 hours CS | Gov. agreed to recommend three-year term of probation with a condition of home detention |
| Christopher Fellini 3:20CR212 | Information filed on 07/08/2020 – 18 USC 111(a)(1) | Shined laser into Officer's eyes, deft found with mace pepper gel and small knife | Dismissed without prejudice on govt motion on 03/11/2021 | |
| Theodore Matthee-O'Brien 3:20CR210 | Information filed on 07/07/2020 – 18 USC 111(a)(1) | | Dismissed without prejudice on govt motion 11/04/2021 | |
| Cody Porter 3:20CR211 | Information filed on 07/08/2020– 18 USC 111(a)(1) | Shined laser into Officer's eyes | Dismissed with prejudice on govt motion on 06/23/2021 | |
| Taimane Teo 3:20CR205 | Complaint filed on 07/06/20230 – 18 USC 111 | Shined laser into Officer's eyes | Dismissed without prejudice on govt motion 03/10/2021 | |

| | | | | |
|---|---|---|---|---|
| Benjamin Wood-Pavich 3:20CR209 | Information filed on 07/07/2020 – 18 USC 111(a)(1) | | Dismissed without prejudice on govt motion 11/02/2020 | |
| Jacob Gaines 3:20CR223 | Indictment filed on 07/16/2020 -18 USC 111(a)(1) and (b) | Tried to break in Courthouse with a hammer while yelling "you motherfuckers are going to have to kill me", attacked USMS , swinging the hammer at the USMS's head and upper body. The USMS was hit in the shoulder, back and back of the head. Had it not been for the USMS's body armor, there is no question the victim would have sustained a serious perhaps fatal injuries. Gov. Sent. Memo. Ecf. 60 at 7. | 46 months, 3 years SR, $100 S/A | Govt recommended low end of guidelines – 37 months |
| Lillith Grin 3:20CR 290 | Information filed on 07/31/2020 – 18 USC 111(a)(1) | Shined laser in officer's eyes | Deferred disposition – 30 hours of CS, take meds<br><br>Dismissed with prejudice on Govt Motion 07/13/2021 | |

| | | | | |
|---|---|---|---|---|
| Benjamin Bolen 3:20CR216 | Information filed on 07/13/2020 - 18 USC 111(a)(1) | Shined high-powered green laser at uniform officer. Victim was using binoculars when the green laser struck the lens for approximately three to five seconds. AV1 suffered vertigo-like effects for 30 minutes after the green laser struck his eyes and headaches throughout the night and morning | 1 Year probation | Gov. agreed to recommend probation |
| Jennifer Kristiansen | Information filed on 07/21/2020 – 18 USC 111(a)(1) and , 41 CFR § 102-74.385, 40 USC § 1315 | | Dismissed with prejudice on govt motion on 01/20/2021. | |
| Giovanni Bondurant 3:20CR302 | Indictment filed on 08/05/2020 – 18 USC 111(a)(1) | Defendant throwing rocks and bottles. When officer announced he was U.S. Border Patrol Agent, rioter grabbed him from behind and began striking him in the chest and head | Dismissed with prejudice on govt motion on 06/07/2021 | Govt moved to dismiss after deferred resolution agreement |
| Gabriel Huston 3:20CR252 | Information filed on 07/22/2020 – 18 USC 111(a)(1) | | Dismissed without prejudice on govt motion on 12/09/2020 | |

| | | | | |
|---|---|---|---|---|
| Taylor Lemons 3:20CR374 | Information filed on 08/21/2020 – 18 USC 111(a)(1) | Defendant violently resisted arrest by twisting, turning, and fighting with the officer and utilizing a shield to strike officer in the arm. | Dismissed without prejudice on govt motion on 08/31/2020 | |
| Carly Ballard 3:20MJ163 | Complaint filed on 07/24/2020 – 18 USC 111(a)(1) | Defendant resisted arrest, kicked officer in process, yelled profanities at officers | Dismissed without prejudice on government's motion on 7/25/2021 | |
| David Bouchard 3:20MJ165 | Complaint filed on 07/24/2020 – 18 USC 111(a)(1) | Defendant put CBP Officer in Headlock Maneuver. Defendant admitted he did so and was just intending "to stand his ground" | Dismissed with Prejudice on Govt Motion 04/07/2021 | |
| Pablo Avvacato 3:20CR278 | Information filed on 07/27/2020 – 18 USC 111(a)(1) | | Dismissed without prejudice on govt motion on 09/10/2020 | |
| Douglas Dean 3:20CR279 | Information filed on 07/27/2020 – 18 USC 111(a)(1) | | Dismissed without prejudice on govt motion on 12/21/2020 | |
| Rebecca Mota Gonzalez 3:20MJ168 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1) | Defendant was wearing a gas mask and refused law enforcement orders to disperse. When DUSM reached out to take mask, defendant struck DUSM in the face with a closed fist | Dismissed with prejudice on govt motion on 01/20/2021 | |
| Thomas Johnson 3:20MJ170 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1) | Defendant used homemade shield to strike DUSM in the face | Dismissed without prejudice on govt motion on 10/22/2020 | |

| | | | | |
|---|---|---|---|---|
| Nathan Onderdonk-Snow 3:20CR293 | Complaint filed on 07/27/2020 18 USC 111(a)(1), Indictment filed on 08/04/2020 charging the same | Shoved DUSM from behind with a blue shield, struggled with DUSMs | Dismissed with prejudice on govt motion on 03/12/2021 | |
| Stephen O'Donnell 3:20MJ166 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1) | Defendant threw hard object at CBP agent's face, agent wearing gas mask so he was not injured. The object was hard, but the agent was not sure what exactly the object was. | Dismissed with prejudice on govt motion on 01/22/2021 | |
| Joshua Webb 3:20MJ169 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1) | Struck DUSM in the face with a shield and then punched DUSM in the face with closed fist | Dismissed with prejudice on 02/22/2021 | |
| Jeffree Cary 3:20CR329 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1); Information filed on 08/11/2020 18 USC 111(a) | Used shield to make physical contact with DUSM, the contact knocked DUSM back as he was in performance of his duties | Dismissed with prejudice on govt motion 01/21/2021 | |
| Tyler John Gabriel 3:20CR280 | Information filed on 07/27/2020 – 5 Counts of 18 USC 111(a)(1) - "forcibly assaulted" is language used in Information | | Dismissed without prejudice on govt motion on 10/29/2021 | Deft admitted to pretrial release violations |
| Noelle Mandolfo 3:20CR282 | Information filed on 07/27/2020 – 18 USC 111(a)(1) | | Dismissed with prejudice on govt motion 07/30/2021 | |
| Patrick Stafford 3:20CR295 | Indictment filed on 08/04/2020 – 18 USC 111(a)(1) and 18 USC 111(a)(1) and (b) | Assaulted DUSM with a shield, slammed shield into DUSM | Dismissed on govt motion 03/08/2021 | |

| | | | | |
|---|---|---|---|---|
| Travis Williams 3:20CR331 | Complaint filed on 07/27/2020 – 18 USC 1111(a)(1) Information filed on 08/11/2020 2 counts of 18 USC 111(a) | Defendant lunged forward with both hands towards the neck and face area of DUSM, ripped communication sets off both officers', partially ripped ballistic vest, resisting. In transport, defendant told USMS "I am almost ripped your buddy's arm off." | Dismissed with prejudice on govt motion 03/10/2021 | |
| Caleb Wills 3:20CR296 | Complaint filed on 07/27/2020 – 18 USC 111(a)(1) | DUSM attacked by three assailants, grabbed DUSM, began punching him all over his body and attempted to dislodge his mask, DUSM was mask, other officers responded, 2 assailants rans, DUSM ale to grab Wills | Dismissed with prejudice on govt motion on 02/25/2021 | |
| Brodie Storey 3:20CR330 | Complaint filed 07/27/2020 – 18 USC 111(a)(1), information filed on 08/11/2020 – 18 USC 111(a) | Lurched forward and attempted to tackle DUSM. DUSM went to the ground, Storey violently resisted | Dismissed with prejudice on govt motion 03/04/2021 | |
| Sabastian Dubar 3:20CR289 | Information filed on 07/30/2020 - 18 USC 111(a)(1) | | Dismissed with prejudice on govt motion 10/19/2021 | |
| Jordan Johnson 3:20MJ179 | Complaint filed on 07/30/2020 – 18 USC 111(a)(1) | Struck DUSM in neck while DUSM was trying to restrain Johnson | Dismissed with prejudice on govt motion 03/12/2021 | |

| | | | | |
|---|---|---|---|---|
| Evan Kriechbaum 3:20MJ178 | Complaint filed on 07/30/2020 – 18 USC 111(a)(1) | When resisting arrest, Kriechmaum hit CBP Officer in the face with elbow | Dismissed with prejudice on govt motion on 04/05/2021 | |
| Christine Margaux 3:20CR288 | Information filed on 07/30/2020 – 41 CFR 102-74.385 (Fail to Obey Lawful Order) | | Dismissed with prejudice on 02/22/2021 | |
| Isaiah Maza 3:20CR343 | Indictment filed on 08/19/2020 – 18 USC 111(a)(1) and (b), 18 USC 1361 and 2 | | Dismissed - deft deceased | |
| Dakota Horton 3:20CR419 | Complaint filed on 08/18/2020 – 18 USC 111(b) | Hit DUSM, while kneeling on the ground, in the upper back, neck and shoulder area with a wooden baseball bat. The attack was live streamed with several pics and video | 24 months, 3 years SR, $100 S/A | Govt Recommended 24 months |
| Dakota Means 3:20CR392 | Information filed 8/24/2020 – 18 USC 111(a) | Deft followed victim (govt contractor) on his way to work. Deft stated it was a paintball gun but next time it is "going to be an AR" | 01-25-2021: Sentenced to time-served; 1-year TSR and $25 special assessment | Joint Rec of 30 days. Deft is Crim History Cat. III, parties recommend below guideline sentence – 30 days |

| Jordan Matthew Johnson 3:20MJ179 | 18USC111(a)(1) | Defendant picked up a smoke grenade and that had been activated by law enforcement, officers tried to stop him with rubber bullets but eventually had to tackle him to the ground. While being arrested, def. struck an officer in the neck and head. Had criminal history of DUI and probation violations. | 03-12-2021: Dismissed with prejudice on government's motion | |
|---|---|---|---|---|
| Ty John Fox 3:20-cr-00501 | 18:231(a)(3) – Civil Disorder | Fox used a torch lighter to ignite a large cylindrical firework, which he threw at officers. An explosion and flash was observed near the officers. | 03-07-2022:Dismissed with prejudice on government's motion | |
| | | | | |