UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM REID,<br><br>    Defendant. | Crim. Action No. 21CR316(DLF) |

**NOTICE OF FILING**

Undersigned counsel to William Reid notices the filing of the attached letter in support of Mr. Reid. Counsel moves the Court to consider the attached letter in addition to the other letters, exhibits, and memoranda filed on behalf of William Reid in advance of his sentencing hearing.

Respectfully submitted,

A. J. Kramer
Federal Public Defender

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500