# EXHIBIT 1

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-02 03:30:49 UTC
**Body** Same! Good. Going to DC on Wednesday?

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-02 03:30:54 UTC
**Body** Lets raise some hell.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-05 22:23:36 UTC
**Body** I'm going to get into some trouble tomorrow. We'll see how it plays out.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-05 23:57:38 UTC
**Body** It begins tomorrow. Especially with more rigging in GA today...

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-06 07:50:18 UTC
**Body** Game time!!!

**Author** ghislainewasmurdered (Instagram: 39139755746)
**Sent** 2021-01-06 08:47:43 UTC
**Body** Liked a message

**Author** ghislainewasmurdered (Instagram: 39139755746)
**Sent** 2021-01-06 08:48:19 UTC
**Body** Trump ain't fucking leaving! Fuck the Bidenphiles and Camel-toe Harris

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-06 08:52:30 UTC
**Body** Tomorrow is going to be a shitshow.

1

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 00:54:53 UTC
   **Body** I'd just come out of Pelosi's bathroom.

**Author** glockerations (Instagram: 4196579494)
   **Sent** 2021-01-07 00:55:05 UTC
   **Body** That round came through that glass

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 00:55:05 UTC
   **Body** But I heard the shot and saw her hit the ground hard.

**Author** glockerations (Instagram: 4196579494)
   **Sent** 2021-01-07 00:55:36 UTC
   **Body** I work drug task force and I hear gun shots all the time...

**Author** glockerations (Instagram: 4196579494)
   **Sent** 2021-01-07 00:55:58 UTC
   **Body** I ain't no faggot boot licker tho

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 00:56:09 UTC
   **Body** My angle, I wasnt sure what direction she'd been hit from.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 00:56:17 UTC
   **Body** It was loud in there already so I didnt hear glass.

**Author** glockerations (Instagram: 4196579494)
   **Sent** 2021-01-07 01:01:22 UTC
   **Body** What do you figure is going to happen next?

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 01:01:32 UTC
   **Body** I don't know honestly.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 01:01:37 UTC
   **Body** But today was inspiring.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 01:37:21 UTC
   **Body** Yep. It wasn't Antifa.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 01:37:28 UTC
   **Body** It was 1,000 maniacs like me.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 01:37:31 UTC
   **Body** We bumrushed them.

**Author** 2.0formerly_chasing_death (Instagram: 40186311792)
   **Sent** 2021-01-07 01:51:38 UTC
   **Body** Exactly. Hate all these pussy influencers trying to blame pantifa

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 02:16:20 UTC
   **Body** We're terrorists now 😑

**Author** the_bradley_homestead (Instagram: 5459696573)
    **Sent** 2021-01-07 02:18:37 UTC
    **Body** The dude with the police shield busting windows is toast... clearly easy to identify him

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 02:19:08 UTC
    **Body** I'm on a lot of videos though. A lot. I was out front of the initial breach and when we stormed the Rotunda.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 02:19:12 UTC
    **Body** Oh well.

**Author** the_bradley_homestead (Instagram: 5459696573)
    **Sent** 2021-01-07 02:19:16 UTC
    **Body** Liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 02:19:32 UTC
    **Body** Yeah, he's done. I was right behind him and jumped through that window though 😊

    **Author** crimes.man (Instagram: 12999031506)
        **Sent** 2021-01-07 10:13:22 UTC
        **Body** So I have some faggots trying to say it was antifa breaking in

    **Author** crimes.man (Instagram: 12999031506)
        **Sent** 2021-01-07 10:13:27 UTC
        **Body** Did you see any cause I sure didn't

    **Author** crimes.man (Instagram: 12999031506)
        **Sent** 2021-01-07 10:13:39 UTC
        **Body** But you were right there

    **Author** blumpkin1776 (Instagram: 45372435762)
        **Sent** 2021-01-07 16:05:29 UTC
        **Body** No Antifa.

    **Author** blumpkin1776 (Instagram: 45372435762)
        **Sent** 2021-01-07 16:05:39 UTC
        **Body** I was at the very front line when we took the steps.

    **Author** blumpkin1776 (Instagram: 45372435762)
        **Sent** 2021-01-07 16:05:45 UTC
        **Body** Very front.

    **Author** blumpkin1776 (Instagram: 45372435762)
        **Sent** 2021-01-07 16:06:04 UTC
        **Body** I doubt there were any Antifa there and if so, they were far behind us.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 16:05:29 UTC
   **Body** No Antifa.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 16:05:39 UTC
   **Body** I was at the very front line when we took the steps.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 16:05:45 UTC
   **Body** Very front.

**Author** beltfednurse_77 (Instagram: 25387842586)
   **Sent** 2021-01-07 16:48:47 UTC
   **Body** Have folks from your account disagreed with yesterday's event?

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 17:10:10 UTC
   **Body** Yep. Deleting them.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 17:10:12 UTC
   **Body** Cowards.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 20:00:37 UTC
  **Body** They definitely have my face.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 20:00:38 UTC
  **Body** Oh well.

**Author** ratchets_revenge (Instagram: 44084070144)
   **Sent** 2021-01-07 20:01:26 UTC
  **Body** Fuck em, shoot first, shoot fast, don't get Ruby Ridged!

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 20:02:22 UTC
  **Body** I'm just getting started.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-07 20:02:27 UTC
  **Body** Fuck these clowns.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:11:09 UTC
    **Body** Yesterday was surreal man.

**Author** ratchets_revenge (Instagram: 44084070144)
    **Sent** 2021-01-07 20:11:10 UTC
    **Body** Fucking leftist kikes. It would be hard to resist not wanting to smash a reporter in the face tbh

**Author** ratchets_revenge (Instagram: 44084070144)
    **Sent** 2021-01-07 20:11:11 UTC
    **Body** Liked a message

**Author** punished_tpwaff (Instagram: 45031436596)
    **Sent** 2021-01-07 20:11:13 UTC
    **Body** Liked a message

**Author** bwmanolo_memes (Instagram: 41016912414)
    **Sent** 2021-01-07 20:11:18 UTC
    **Body** Manolo memes liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:11:19 UTC
    **Body** Real shit, 50 people went to the doors when we broke through.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:11:21 UTC
    **Body** First wave.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:23:53 UTC
  **Body** After we rushed, every officer that DC deputized went to Capitol Hill.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:24:00 UTC
  **Body** Empty vehicles everywhere.

**Author** ratchets_revenge (Instagram: 44084070144)
    **Sent** 2021-01-07 20:24:16 UTC
  **Body** Good opportunity to snatch some gear lol

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:24:22 UTC
  **Body** I don't know when I went in but I got out around 3:30

**Author** punished_tpwaff (Instagram: 45031436596)
    **Sent** 2021-01-07 20:24:25 UTC
  **Body** Could have been a banner day for the niggers if they were half smart

**Author** punished_tpwaff (Instagram: 45031436596)
    **Sent** 2021-01-07 20:24:27 UTC
  **Body** 😂

**Author** ratchets_revenge (Instagram: 44084070144)
    **Sent** 2021-01-07 20:24:52 UTC
  **Body** That lack of frontal cortex really do be holding niggas back

**Author** driessespieces (Instagram: 550491847)
    **Sent** 2021-01-07 20:25:24 UTC
  **Body** driessespieces liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:26:49 UTC
  **Body** He paid me in Applebees gift cards.

**Author** punished_tpwaff (Instagram: 45031436596)
    **Sent** 2021-01-07 20:26:53 UTC
  **Body** Liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-07 20:27:01 UTC
  **Body** Those people are the same faggots that called me a LARPer for years.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:29:31 UTC
**Body** We all got sprayed multiple times.

---

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:33:20 UTC
**Body** I saw her get shot too.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:33:24 UTC
**Body** I was right there.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:33:33 UTC
**Body** Bunch of redcoats, seriously.

**Author** harlancowboy (Instagram: 2106857233)
**Sent** 2021-01-07 20:33:36 UTC
**Body** Dude I'm sorry you had to see that

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:33:43 UTC
**Body** It was a blur.

**Author** blumpkin1776 (Instagram: 45372435762)
**Sent** 2021-01-07 20:33:50 UTC
**Body** Her and I led that group upstairs, honestly.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 20:34:45 UTC
  **Body** The cops showed a lot of restraint up until that point.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 20:34:57 UTC
  **Body** They rarely used batons.

**Author** harlancowboy (Instagram: 2106857233)
  **Sent** 2021-01-07 20:35:04 UTC
  **Body** I would have opened the fuckin doors for you

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 20:35:05 UTC
  **Body** I was at the very front and only got hit twice.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 20:37:06 UTC
  **Body** We just wanted to storm Congress and stop the certification.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 20:59:59 UTC
  **Body** Yesterday was fun.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 22:36:39 UTC
  **Body** You know I was right next to the girl that got shot, right?

**Author** misss_kristie_o (Instagram: 234305958)
  **Sent** 2021-01-07 22:36:41 UTC
  **Body** Your video on top of the capitol was living legend points

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 22:36:42 UTC
  **Body** I saw it happen.

**Author** misss_kristie_o (Instagram: 234305958)
  **Sent** 2021-01-07 22:36:45 UTC
  **Body** Noooooo

**Author** misss_kristie_o (Instagram: 234305958)
  **Sent** 2021-01-07 22:36:48 UTC
  **Body** You did?

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 22:36:50 UTC
  **Body** That crowd roared when I got up there.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-07 22:36:59 UTC
  **Body** Yep. Her and I led the charge upstairs.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-07 23:52:13 UTC

**Body** I was front line yesterday.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-07 23:52:21 UTC

**Body** We forced our way in, foot by foot.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-08 04:25:51 UTC

**Body** I'm a dumbass. Lol.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-08 04:26:00 UTC

**Body** I was at the very front of the charge.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-08 04:38:27 UTC

**Body** Right after we took the steps, I went up top to get more people in.

**Author** blumpkin1776 (Instagram: 45372435762)

**Sent** 2021-01-08 04:38:37 UTC

**Body** Saw the action at the door and ran back downstairs 

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:28:31 UTC
   **Body** I'm just getting real tired real quickly with people making baseless claims based on some snippets.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:28:42 UTC
  **Body** The cops did NOT just let us in.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:28:54 UTC
  **Body** Antifa was not leading the charge.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:29:42 UTC
  **Body** We pushed for every inch.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:29:50 UTC
  **Body** And I got sprayed I don't know how many times.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:31:59 UTC
   **Body** The people wanted to get into Congress and would not be deterred.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:32:04 UTC
   **Body** And that is what happened.

**Author** punished_tpwaff (Instagram: 45031436596)
   **Sent** 2021-01-08 16:32:13 UTC
   **Body** Liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:32:22 UTC
   **Body** BLM niggers beat their chests and attack businesses.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-08 16:32:29 UTC
   **Body** The MAGA people broke the lines.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 07:58:54 UTC
  **Body** I will never forget the fear in their eyes.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 07:58:57 UTC
  **Body** It fuels me now.

**Author** cacaine_mitch_69 (Instagram: 8510124675)
   **Sent** 2021-01-09 07:58:57 UTC
  **Body** Kræm liked a message

**Author** cacaine_mitch_69 (Instagram: 8510124675)
   **Sent** 2021-01-09 07:58:59 UTC
  **Body** Kræm liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 07:59:16 UTC
  **Body** That girl died and they were still in a panic.

**Author** punished_tpwaff (Instagram: 45031436596)
   **Sent** 2021-01-09 07:59:18 UTC
  **Body** Liked a message

**Author** punished_tpwaff (Instagram: 45031436596)
   **Sent** 2021-01-09 07:59:20 UTC
  **Body** Liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 07:59:22 UTC
  **Body** Meme fags can speculate.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 07:59:27 UTC
  **Body** But we won DC.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 08:30:19 UTC
  **Body** It was roughly 50 of us that took the spray.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 08:30:21 UTC
  **Body** And batons.

**Author** cacaine_mitch_69 (Instagram: 8510124675)
   **Sent** 2021-01-09 08:30:25 UTC
  **Body** Kræm liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-09 08:30:26 UTC
  **Body** And kept pushing.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-11 01:11:50 UTC
  **Body** They didn't let us in, bro. I promise you that.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-11 02:09:26 UTC
  **Body** Trust me, the cops stopped resisting because they were overwhelmed.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-11 02:44:10 UTC
  **Body** They didn't let us in, man.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-11 02:44:28 UTC
  **Body** People need to quit believing everything they see on social media.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-11 17:12:14 UTC
  **Body** The gas masks were smart.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-11 17:12:19 UTC
  **Body** We got sprayed, a lot.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 00:59:19 UTC
  **Body** We left the speech early.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 00:59:26 UTC
  **Body** And most of the crowd was split.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 01:00:00 UTC
  **Body** It was a long walk down Pennsylvania Ave.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 01:00:42 UTC
  **Body** And nah, man. The riot started as he was wrapping up, I promise.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 01:00:57 UTC
  **Body** Before he did, there were rumors Proud Boys were brawling near the Capitol.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 01:01:17 UTC
  **Body** But as soon as Trump gave the 'green light' the crowd started moving.

**Author** blumpkin1776 (Instagram: 45372435762)
  **Sent** 2021-01-12 01:01:26 UTC
  **Body** Before he even wrapped up his speech.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-12 22:15:38 UTC
   **Body** Either way, I'm not sitting behind bars for standing up for our rights.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-12 22:15:42 UTC
   **Body** They'll have to kill me.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-13 02:37:40 UTC
   **Body** We fought for every inch.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-14 06:33:09 UTC
   **Body** I'm the kind of guy that spares a bug's life if possible.

**Author** cacaine_mitch_69 (Instagram: 8510124675)
   **Sent** 2021-01-14 06:33:11 UTC
   **Body** Kræm liked a message

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-14 06:34:49 UTC
   **Body** But my urge to do violent things to these people keeps growing.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-14 20:51:49 UTC
   **Body** And they're investigating LEOs/Military that support Trump.

**Author** blumpkin1776 (Instagram: 45372435762)
   **Sent** 2021-01-14 20:51:58 UTC
   **Body** But not a nigger that actually killed somebody.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-14 21:16:03 UTC
    **Body** Ashli Babbitt went nigger knocking in Congress.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-14 21:16:07 UTC
    **Body** The nigger knocked back.

**Author** blumpkin1776 (Instagram: 45372435762)
    **Sent** 2021-01-14 21:16:15 UTC
    **Body** Okay, only time I'll make a joke about her.

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:10:44 UTC
    **Body** Nigs rape nigs in prison.

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:10:59 UTC
    **Body** Joggers are inherently homosexual.

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:11:10 UTC
    **Body** Which is why they get so defensive about homo jokes.

**Author** ratchets_reckoning (Instagram: 45422135074)
    **Sent** 2021-01-29 00:11:12 UTC
    **Body** Liked a message

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:11:24 UTC
    **Body** nO hOmO

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:11:36 UTC
    **Body** Most trannies?

**Author** blumpkinshow (Instagram: 45643684219)
    **Sent** 2021-01-29 00:11:38 UTC
    **Body** Niggers.

**Author** blumpkinshow (Instagram: 45643684219)
   **Sent** 2021-01-30 09:39:49 UTC
   **Body** I just waxed some white ass cuck

**Author** punished_tpwaff (Instagram: 45031436596)
   **Sent** 2021-01-30 09:39:52 UTC
   **Body** The first night of the surge my sell off on bitcoin was delayed 20-30 minutes so when I finally bought a pile of doge it was at .049

**Author** blumpkinshow (Instagram: 45643684219)
   **Sent** 2021-01-30 09:39:57 UTC
   **Body** Goldberg looking motherfucker

**Author** blumpkinshow (Instagram: 45643684219)
   **Sent** 2021-01-30 09:40:02 UTC
   **Body** SMASHED HIS FACE

---

**Author** punished_tpwaff (Instagram: 45031436596)
   **Sent** 2021-01-30 09:52:35 UTC
   **Body** It's actually a great start to 2021. It's fuckin RWDS dream shit

**Author** beanerwagen (Instagram: 42756311929)
   **Sent** 2021-01-30 09:53:48 UTC
   **Body** It's fucking great lol

**Author** blumpkinshow (Instagram: 45643684219)
   **Sent** 2021-01-30 09:53:50 UTC
   **Body** I can't beat enough faggot liberals.

**Author** loud_4.6 (Instagram: 6329626022)
    **Sent** 2021-02-25 02:45:11 UTC
    **Body** Do you 14 while your 88ing?

**Author** blumpkinvice (Instagram: 45805589023)
    **Sent** 2021-02-25 14:51:42 UTC
    **Body** You know it.

**Author** loud_4.6 (Instagram: 6329626022)
    **Sent** 2021-02-25 15:36:58 UTC
    **Body** Liked a message

**Author** loud_4.6 (Instagram: 6329626022)
    **Sent** 2021-03-03 02:54:44 UTC
    **Body** Let me dig a little deeper to keep this creap alive fucking kill the scum [1]

**User** blumpkinvice (45805589023) [The Blumpkin]
**Id** 17863498385399408
**Date Created** 2021-02-26 23:50:31 UTC
**Text** A new reason every fucking day. The 6th was the beginning but hardly the end.

**Author** blumpkinvice (Instagram: 45805589023)
**Sent** 2021-03-03 22:42:43 UTC
**Body** Yep. I rushed on the 6th and I'd do it again 🫡🫡

---

[1] According to the Anti-Defamation League, "14" is a reference to the 14 words of a popular white supremacist slogan, and "88" is a white supremacist numerical code for "Heil Hitler." *See* adl.org/resources/hate-symbol.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-07 20:56:28 UTC
  **Body** All good. I have my dedicated cult at this point. As do you.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-07 20:56:45 UTC
  **Body** I'll take 2k hardcore degenerates over 100k passive normies.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-08 03:08:17 UTC
  **Body** I'm going 6th on steroids.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-08 03:08:22 UTC
  **Body** The sequel. Real soon.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-08 03:08:39 UTC
  **Body** Fuck this surrendering bullshit.

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-08 03:09:14 UTC
  **Body** Potato Heads and Dr Seuss shit are distractions.

**Author** jesus45bro (Instagram: 23616686544)
  **Sent** 2021-03-08 03:09:20 UTC
  **Body** Kill the deepstate. liked a message

**Author** blumpkinvice (Instagram: 45805589023)
  **Sent** 2021-03-08 03:09:29 UTC
  **Body** Fuck. These. Jew. Nigger. Bitches.

**Author** blumpkinvice (Instagram: 45805589023)
**Sent** 2021-03-08 03:13:21 UTC
**Body** My only regret is that we surrendered that building.

| | | |
|---|---|---|
| 2021-03-11 19:34:26.502000+00:00 | The Blumpkin#4602 | We are in a prolonged 1775 right now. 1776 may never come but that's where we're at right now. |
| 2021-03-11 19:35:50.440000+00:00 | The Blumpkin#4602 | Good thing the Founding Fathers didn't just go pick a fight with no plan. |
| 2021-03-11 19:35:59.481000+00:00 | The Blumpkin#4602 | Bunch of LARPers, right? |
| 2021-03-11 19:36:31.227000+00:00 | The Blumpkin#4602 | The 6th was our Boston Tea Party. |
| 2021-03-11 19:38:59.175000+00:00 | The Blumpkin#4602 | The 6th was the breaking point for a lot of people but they're cowering in fear again because of incaerceration. |
| 2021-03-11 19:39:15.582000+00:00 | The Blumpkin#4602 | Accepting that fate, or worse, is the toughest pill to swallow. |
| 2021-03-11 19:39:53.527000+00:00 | The Blumpkin#4602 | And even when you do, you still don't go half-cocked into a fight where you're the biggest underdog in history. |
| 2021-03-11 19:40:49.102000+00:00 | The Blumpkin#4602 | So yes <@733504989082943509>, WAHR, but no, I'm not going to go McVeigh myself either. |
| 2021-03-11 19:41:17.298000+00:00 | The Blumpkin#4602 | It accomplishes absolutely nothing and only gives them more cause to crack down harder in the meantime. |
| 2021-03-11 19:41:28.022000+00:00 | The Blumpkin#4602 | But there are no more political solutions either. |

| | | | | |
|---|---|---|---|---|
| 2021-03-14 02:26:13.5 | The Blumpkin#46 | Calm your tits. Enjoy your night. | | |
| 2021-03-14 02:40:20.2 | The Blumpkin#46 | I rushed the Capitol | | |
| 2021-03-14 02:40:36.0 | The Blumpkin#46 | Hi, Feds ðŸ'‹ | | |
| 2021-03-14 02:40:45.1 | The Blumpkin#46 | Now you can all relax. I'm the target. | | |
| 2021-03-14 02:41:20.8 | The Blumpkin#46 | https://tenor.com/view/ill-do-it-again-goofy-fucking-do-it-again-mickey-mouse-gif-18990437 | | |



| 2021-03-24 04:40:47.144000+00:00 | The Blumpkin#4602 | We have to fight back eventually. |
| 2021-03-24 04:40:59.295000+00:00 | The Blumpkin#4602 | Just not in a misguided effort. |
| 2021-03-24 04:41:04.507000+00:00 | The Blumpkin#4602 | Hearts & minds, boys. |
| 2021-03-24 04:41:23.393000+00:00 | The Blumpkin#4602 | That's why I happily tell the FBI to fuck off. |
| 2021-03-24 04:41:51.419000+00:00 | The Blumpkin#4602 | Pin some bullshit on me. It's all a farce and they'll never apprehend me. |

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-24 02:23:32 UTC
  **Body** I love the fact the feds are after my ass.

**Author** sarahannbakersmith (Instagram: 40492178492)
  **Sent** 2021-03-24 02:23:39 UTC
  **Body** You know I'm too much of a dumb hillbilly for that shit

**Author** tpwaffens (Instagram: 45506891993)
  **Sent** 2021-03-24 02:23:40 UTC
  **Body** Liked a message

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-24 02:23:41 UTC
  **Body** Bunch of fucking frauds.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-24 02:24:33 UTC
  **Body** I won't go Kacynski, but I'm one guy they don't want to back into a corner.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-24 02:25:04 UTC
  **Body** Weird that me reposting their absurdities is considered "hate speech"

**Author** tpwaffens (Instagram: 45506891993)
  **Sent** 2021-03-24 02:25:10 UTC
  **Body** You'd think niggers would want as many light skinned smarter people as they can get. Nope. Double down on midnight wakanda shit

**Author** tpwaffens (Instagram: 45506891993)
  **Sent** 2021-03-24 02:25:27 UTC
  **Body** Liked a message

**Author** cacaine_mitch_69 (Instagram: 8510124675)
  **Sent** 2021-03-24 02:25:28 UTC
  **Body** They're too stupid for that

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-24 02:25:31 UTC
  **Body** I'm going to buttfuck the FBI.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 03:57:48 UTC
  **Body** I'm really going to enjoy wiping them off the face of the Earth.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 03:57:54 UTC
  **Body** Every last one of them.

**Author** tpwaffens (Instagram: 45506891993)
  **Sent** 2021-03-25 03:58:00 UTC
  **Body** Liked a message

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 03:58:01 UTC
  **Body** Once Field Day starts 

**Author** tpwaffens (Instagram: 45506891993)
  **Sent** 2021-03-25 03:58:07 UTC
  **Body** Liked a message

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 03:58:29 UTC
  **Body** Eliminate the FBI and it's a wrap.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 06:49:40 UTC
  **Body** Only direct confrontation wins the day.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 06:49:43 UTC
  **Body** Or we lose trying.

**Author** froheschwanzredeemed (Instagram: 45516011615)
  **Sent** 2021-03-25 06:50:00 UTC
  **Body** The future of our country will be written in our blood.

**Author** blumpkin76 (Instagram: 46871081472)
  **Sent** 2021-03-25 06:50:08 UTC
  **Body** Let it be then.

| | | |
|---|---|---|
| 2021-04-01 04:31:08.306000+00:00 | The Blumpkin#4602 | Who wants in on an April Fools joke? |
| 2021-04-01 04:31:26.434000+00:00 | ThankMeForMyCervix#4626 | ðŸ˜‚ |
| 2021-04-01 04:32:49.281000+00:00 | The Blumpkin#4602 | I want somebody to ping everybody tomorrow morning saying that I got raided by the FBI overnight. |
| 2021-04-01 04:33:07.874000+00:00 | The Blumpkin#4602 | And that one of you spoke to my mom. |
| 2021-04-01 04:33:23.426000+00:00 | The Blumpkin#4602 | I'm going ghost all day tomorrow. |
| 2021-04-01 04:34:50.153000+00:00 | ThankMeForMyCervix#4626 | Haha Iâ€™ll totally do it but if someone else wants to thatâ€™s cool too |
| 2021-04-01 04:34:52.500000+00:00 | The Blumpkin#4602 | April Fools obviously. |
| 2021-04-01 04:35:04.986000+00:00 | The Blumpkin#4602 | Gotta have some fun. |
| 2021-04-01 04:35:13.997000+00:00 | ThankMeForMyCervix#4626 | Iâ€™m around all day tomorrow to answer the panic |
| 2021-04-01 04:35:30.740000+00:00 | The Blumpkin#4602 | It'll be a shit show. |
| 2021-04-01 04:35:38.277000+00:00 | ThankMeForMyCervix#4626 | But |
| 2021-04-01 04:35:47.904000+00:00 | The Blumpkin#4602 | In fact, I'm setting it up right now. |
| 2021-04-01 04:35:53.290000+00:00 | ThankMeForMyCervix#4626 | You know it will be shared to ig too right lol |
| 2021-04-01 04:36:46.100000+00:00 | The Blumpkin#4602 | Bingo. |
| 2021-04-01 04:36:58.371000+00:00 | The Blumpkin#4602 | I just set it up in the group. Said there were cops outside. |
| 2021-04-01 04:37:06.083000+00:00 | The Blumpkin#4602 | With my usual suspects ðŸ˜", |
| 2021-04-01 04:37:18.764000+00:00 | The Blumpkin#4602 | Everybody in here, keep this our secret. It'll be a shit show. |

| 2021-04-01 | | |
| --- | --- | --- |
| 04:42:17.683000+00:00 | The Blumpkin#4602 | My friend was here last time I got popped. |
| 2021-04-01 | | |
| 04:42:30.793000+00:00 | The Blumpkin#4602 | Say he reached out on my mom's behalf. |
| 2021-04-01 | | |
| 04:42:44.634000+00:00 | The Blumpkin#4602 | And that the FBI took me away in the middle of the night. |
| 2021-04-01 | | |
| 04:42:50.447000+00:00 | The Blumpkin#4602 | I'm such a dick ðŸˆ,ðŸˆ,ðŸˆ, |
| 2021-04-01 | | |
| 04:43:24.877000+00:00 | 1999 Fiat Punto Cabrio#1999 | the server is gonna go fucking insane |
| 2021-04-01 | | |
| 04:43:25.251000+00:00 | The Blumpkin#4602 | I'll pop back up around Happy Hour ðŸˆ, |
| 2021-04-01 | | |
| 04:43:32.858000+00:00 | ThankMeForMyCervix#4626 | What time do you want the Announcement |
| 2021-04-01 | | |
| 04:43:42.236000+00:00 | The Blumpkin#4602 | Were any of you here last time I got arrested? |
| 2021-04-01 | | |
| 04:43:46.859000+00:00 | The Blumpkin#4602 | I heard it got crazy. |
| 2021-04-01 | | |
| 04:43:59.749000+00:00 | TPWAFFEN#8546 | ðŸˆ, |
| 2021-04-01 | | |
| 04:44:07.650000+00:00 | The Blumpkin#4602 | <@711657350205014166> I'll see who's on in the AM. |
| 2021-04-01 | | |
| 04:44:10.330000+00:00 | The Blumpkin#4602 | Maybe 8 AM. |
| 2021-04-01 | | |
| 04:44:17.658000+00:00 | The Blumpkin#4602 | TP, did the chat buy it? |
| 2021-04-01 | | |
| 04:44:20.210000+00:00 | ThankMeForMyCervix#4626 | On ig but not discord |
| 2021-04-01 | | |
| 04:44:26.685000+00:00 | The Blumpkin#4602 | Don't tell those niggers yet ðŸˆ, |
| 2021-04-01 | | |
| 04:44:45.856000+00:00 | TPWAFFEN#8546 | I peeped around a bit, total cancer and anarchy |
| 2021-04-01 | | |
| 04:45:02.935000+00:00 | The Blumpkin#4602 | It was insane. I got the play by play in jail |

| 2021-04-01 | | |
| --- | --- | --- |
| 04:45:57.249000+00:00 | The Blumpkin#4602 | I promise you. If nobody slips up, this will be hilarious all around. |
| 2021-04-01 | | |
| 04:46:10.809000+00:00 | TPWAFFEN#8546 | |
| 2021-04-01 | | |
| 04:46:25.730000+00:00 | TPWAFFEN#8546 | I fuckin love ratchet |
| 2021-04-01 | | |
| 04:46:34.142000+00:00 | The Blumpkin#4602 | If they ask, be like he's banned from IG Live. |
| 2021-04-01 | | |
| 04:46:50.691000+00:00 | The Blumpkin#4602 | And we already covered that. Because I am. |
| 2021-04-01 | | |
| 04:48:02.628000+00:00 | The Blumpkin#4602 | Actually, who's here? |
| 2021-04-01 | | |
| 04:48:26.139000+00:00 | The Blumpkin#4602 | TP, say something in the general chat right now ðŸˆ, |
| 2021-04-01 | | |
| 04:48:32.832000+00:00 | TPWAFFEN#8546 | Was gonna post this |
| 2021-04-01 | | |
| 04:48:37.200000+00:00 | The Blumpkin#4602 | Tell them what I just said in the chat. |
| 2021-04-01 | | |
| 04:49:03.598000+00:00 | The Blumpkin#4602 | "I think Blumpkin just got arrested by the FBI. Just checking here to see if you guys heard anything." |
| 2021-04-01 | | |
| 04:49:29.316000+00:00 | The Blumpkin#4602 | I'm on ghost mode so nobody will know if I'm online anyway. |
| 2021-04-01 | | |
| 04:50:08.794000+00:00 | The Blumpkin#4602 | <@766730481604755517> Post it ðŸˆ,ðŸˆðŸˆ |
| 2021-04-01 | | |
| 04:50:47.454000+00:00 | The Blumpkin#4602 | Lets see how many people bail too. |
| 2021-04-01 | | |
| 04:50:57.490000+00:00 | ThankMeForMyCervix#4626 | Can I put in based chat after he puts here? |
| 2021-04-01 | | |
| 04:51:05.728000+00:00 | The Blumpkin#4602 | Also, this should confuse the fuck out of the feds watching me already. |

| 2021-04-01 05:27:44.232000+00:00 | The Blumpkin#4602 | This is a prank on the FBI more than anything. |
| --- | --- | --- |
| 2021-04-01 05:27:46.649000+00:00 | FPS_Retro#1867 | You should mail that shit to your enemies, a box full of horse schmegma <:emoji_57:801963321485688842> |
| 2021-04-01 05:27:55.665000+00:00 | The Blumpkin#4602 | I want them calling each other tomorrow confused. |

**Author** blumpkin76 (Instagram: 46871081472)

    **Sent** 2021-04-01 04:36:05 UTC

    **Body** Fuck, cops outside 😫

**Author** blumpkin76 (Instagram: 46871081472)

    **Sent** 2021-04-01 04:36:19 UTC

    **Body** Alright, boys. Wish me luck. Lots of vehicles.

**Author** blumpkin76 (Instagram: 46871081472)

    **Sent** 2021-04-01 04:36:21 UTC

    **Body** 🤙🤙🤙

**Author** tpwaffensend (Instagram: 46201333425)

    **Sent** 2021-04-01 04:36:24 UTC

    **Body** 🌈

**Author** blumpkin76 (Instagram: 46871081472)

    **Sent** 2021-04-01 04:36:26 UTC

    **Body** Destroying phone now.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:26:40 UTC
**Body** I bought Doge 3 years ago.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:26:46 UTC
**Body** 100,000 shares. I'm happy.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:26:56 UTC
**Body** Dropping 5k into AMC on Monday.

---

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:38:39 UTC
**Body** Outside of BTC, Doge is the best longterm hold.

**Author** bwmanolo_memes (Instagram: 41016912414)
**Sent** 2021-01-30 03:38:39 UTC
**Body** They get scared easily

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:38:50 UTC
**Body** Not Lite Coin, XRP or any of them.

**Author** beanerwagen (Instagram: 42756311929)
**Sent** 2021-01-30 03:39:03 UTC
**Body** Air-cooled liked a message

**Author** beanerwagen (Instagram: 42756311929)
**Sent** 2021-01-30 03:39:04 UTC
**Body** Air-cooled liked a message

**Author** new_mach (Instagram: 1293182172)
**Sent** 2021-01-30 03:39:17 UTC
**Body** Or etherium 🙄

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:39:22 UTC
**Body** When it hits $1, I'm holding still.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:39:24 UTC
**Body** ETH is trash.

**Author** bwmanolo_memes (Instagram: 41016912414)
**Sent** 2021-01-30 03:39:34 UTC
**Body** People are waking up to the Jews cuz of this

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 03:39:34 UTC
**Body** I'm holding Doge til $10

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 06:39:23 UTC
**Body** No XRP

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 06:39:25 UTC
**Body** All Doge

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 06:39:36 UTC
**Body** Copped Doge on RH awhile back.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-01-30 06:39:53 UTC
**Body** At .00000000000000□□

**Author** punished_tpwaff (Instagram: 45031436596)
**Sent** 2021-02-13 21:49:32 UTC
**Body** Too bad the Doge is tanking at the moment, still holding my coin though

**Author** beanerwagen (Instagram: 42756311929)
**Sent** 2021-02-13 21:49:34 UTC
**Body** The best doges

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-02-13 21:49:56 UTC
**Body** HOLD

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-02-13 21:50:04 UTC
**Body** Doge is a longterm hold.

**Author** blumpkinshow (Instagram: 45643684219)
**Sent** 2021-02-13 21:50:13 UTC
**Body** I got in 3 years ago. I'll never sell.