```
 1                BEFORE THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,        .
                                      .  Case Number 21-cr-316
 4             Plaintiff,             .
                                      .
 5        vs.                         .
                                      .  Washington, D.C.
 6   WILLIAM ROGAN REID,              .  July 19, 2022
                                      .  10:57 a.m.
 7             Defendant.             .
     - - - - - - - - - - - - - - - -
 8

 9                  TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE DABNEY L. FRIEDRICH
10                    UNITED STATES DISTRICT JUDGE

11

12   APPEARANCES:

13   For the United States:        BRIAN BRADY, AUSA
                                   United States Attorney's Office
14                                 601 D Street Northwest
                                   Washington, D.C. 20579
15

16   For the Defendant:            ELIZABETH MULLIN, AFPD
                                   Federal Public Defender's Office
17                                 625 Indiana Avenue Northwest
                                   Suite 550
18                                 Washington, D.C. 20004

19

20

21   Official Court Reporter:      SARA A. WICK, RPR, CRR
                                   333 Constitution Avenue Northwest
22                                 Room 4704-B
                                   Washington, D.C. 20001
23                                 202-354-3284

24
     Proceedings recorded by stenotype shorthand.
25   Transcript produced by computer-aided transcription.
```

```
 1                        P R O C E E D I N G S
 2            (Call to order of the court.)
 3               COURTROOM DEPUTY:  Your Honor, we are in Criminal
 4   Action 21-316, United States of America versus William Reid.
 5        If I can have the parties identify themselves for the
 6   record, beginning with the United States.
 7               MR. BRADY:  Good morning, Your Honor.  Brian Brady for
 8   the United States.
 9               THE COURT:  Good morning.
10               MS. MULLIN:  Good morning, Your Honor.  Elizabeth
11   Mullin on behalf of Mr. Reid.
12               THE COURT:  Good morning, all.  Good morning,
13   Mr. Reid.
14               THE DEFENDANT:  Good morning, Your Honor.
15               THE COURT:  All right.  So this is set as a status
16   conference.  This is Mr. Reid's -- is it his first appearance
17   here in this district?
18               MS. MULLIN:  Yes, Your Honor.  And actually, the
19   parties are prepared to set it down for a change of plea
20   hearing.
21               THE COURT:  Okay.  Have you talked about a potential
22   date?
23               MS. MULLIN:  I'm requesting -- he's also at NNRJ,
24   which is, I hesitate to advise the Court, a long drive away.  So
25   I'm requesting about a month to make sure he gets the paperwork
```

```
 1     and I have time to review it with him.
 2             THE COURT:  Okay.  Mr. Hopkins, you have a better
 3     sense.
 4             COURTROOM DEPUTY:  I'm sorry, Your Honor?
 5             THE COURT:  It's okay.  She's asking for roughly a
 6     month.
 7         Does that work for you, Mr. Brady?
 8             MR. BRADY:  Yes, Your Honor.
 9             THE COURT:  Okay.
10             MS. MULLIN:  And just to advise Mr. Hopkins, I am out
11     the week of August 15th.
12             COURTROOM DEPUTY:  How about August the 10th?  Can we
13     do -- are we doing this in person or virtually?
14             THE COURT:  Actually, let's do -- let's go one week
15     after rather than one week before, just because I'm uncertain
16     about my schedule.
17         Is this a law clerk trying to finish everything up?
18             LAW CLERK:  Maybe.
19             THE COURT:  He's overachieving.
20         This is in person; right?
21             MS. MULLIN:  Yes, Your Honor.
22             THE COURT:  Okay.  What's your availability on the
23     22nd or 23rd?
24             MS. MULLIN:  I have a pretrial conference August 23rd
25     at 10:00 a.m., but I could do this in the afternoon.
```

```
 1                THE COURT:  I could do 1:00.  Would that work?
 2                MR. BRADY:  Were you asking on the 22nd or the 23rd?
 3                THE COURT:  23rd at 1:00.
 4                MR. BRADY:  Yes, Your Honor.
 5                THE COURT:  Okay.  So we will set this down for a plea
 6    hearing on August 23rd at 1:00 p.m. in person, change of plea.
 7         Is there a motion to exclude time under the Speedy Trial
 8    Act?
 9                MR. BRADY:  Yes, Your Honor.
10                THE COURT:  Any objection?
11                MS. MULLIN:  No objection.
12                THE COURT:  All right.  So I will -- I do -- and just
13    for the record, the reason is for you all to work out the
14    details of the plea agreement and for you to continue to have
15    conversations with Mr. Reid about how best to defend this case?
16                MS. MULLIN:  Yes, Your Honor.
17                THE COURT:  All right.  For those reasons, I do
18    believe that the ends of justice outweigh the best interests of
19    the defendant and the public in a speedy trial.  So I will
20    exclude time from today until August 23rd of 2022 in calculating
21    the date for speedy trial.  And we will return on that date at
22    1:00 for a plea hearing.
23         Is there anything else we need to address?
24                MR. BRADY:  Not from the government.
25                MS. MULLIN:  No, Your Honor.
```

1           THE COURT:  All right.  Okay, Mr. Reid.  We will see
2  you back on the 23rd of August.
3           (Proceedings adjourned at 11:00 a.m.)
4
5  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
6
7              CERTIFICATE OF OFFICIAL COURT REPORTER
8
9           I, Sara A. Wick, certify that the foregoing is a
10 correct transcript from the record of proceedings in the
11 above-entitled matter.
12
13
14 /s/ Sara A. Wick                    March 3, 2023
15 SIGNATURE OF COURT REPORTER         DATE